UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Case No. 3:22CR26 DRL MGG |
| | ) | |
| TOBY RAY TAYLOR | ) | 18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES**:

On or about March 24, 2022, in the Northern District of Indiana,

**TOBY RAY TAYLOR,**

defendant herein, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm in and affecting commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

1. The allegations contained in the Indictment are hereby realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1) as alleged in the Indictment, the defendant, **TOBY RAY TAYLOR**, shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any and all firearms, firearm magazines or clips, and ammunition involved in the commission of the offense.

Dated: April 13, 2022

A TRUE BILL:

s/ Foreperson
Grand Jury Foreperson

APPROVED BY:

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By: s/ Frank E. Schaffer
Frank E. Schaffer
Assistant United States Attorney

2